UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Erin E. Meegan,

Plaintiff,

vs.

Daniel Crawford, Cynthia Crawford, Sarah Crawford, and Badger Mutual Insurance Company, Charles Nicolosi, and Holly Groom, Gerry Lueck, Heather Oakland (aka Heather Akclund),

Defendants.

Case No. 01-CV-1310 DWF/AJB

Order

This court, after reviewing all of the relevant documents, files and memoranda, and after consider arguments of counsel, does make the following:

ORDER

That good cause being shown, this Court GRANTS the Plaintiff's Motion for Extension of Period to Serve Summons and Complaint. Said period is hereby extended by a period of sixty-days (60) from the date this order is entered by the Clerk of Courts.

Dated: 4/17/02

United States District Court
US Magistrate Judge

APR 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK